# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERIC LAQUINCE BROWN, | ) | No. CV 08-01119-SGL (VBK) |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| DEBRA DEXTER, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Petitioner's Application to Stay Proceedings, Respondent's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) Petitioner's Application to Stay is denied; and (3) Judgment be entered dismissing the Petition without prejudice as it is fully unexhausted.

DATED: August 21, 2008

*/s/ S.G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE