# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIC LAQUINCE BROWN, | ) No. CV 08-01119-SGL (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DEBRA DEXTER, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: August 21, 2008

*/s/ S.G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE